So Ordered.

Signed this 21 day of May, 2017.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | **Hearing Day and Time:**<br>May 16, 2017 at 10:00 am |

-------------------------------------------------------------X

In re:                                                                                    Case No. 13-30324
    ROBERT R. HATFIELD and                                    Chapter 7
    SUSANNE R. HATFIELD

Debtors.
-------------------------------------------------------------X

### ORDER PURSUANT TO 11 U.S.C. § 362(d)
### MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

**MOTION HAVING BEEN MADE** to this Court by U.S. Bank Trust, N.A., as Trustee for VOLT Asset Holdings 2012-RPL1 ("**Movant**"), by Notice of Motion dated April 14, 2017, for an Order: (i) modifying and terminating the automatic stay, in place pursuant to § 362(a) of the Title 11 of the United States Code, to permit Movant to exercise all of its rights and remedies with respect to certain collateral known as 383 Valley Road, Pulaski, NY 13142 (the "**Property**") by virtue of § 362(d)(1) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; and (iii) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtors, Debtors' attorney, US Trustee, and the Trustee; and after due deliberation having been had; it is hereby

**ORDERED**, that the Automatic Stay, as to Movant, its agents, assigns or successors in interest, is hereby terminated so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED,** that this Order vacating the Automatic Stay shall be binding and effective if the Debtors convert this case to another chapter under the U.S. Bankruptcy Code; and it is further

**ORDERED,** that, Movant may increase the amount of its mortgage balance by $250.00 in reasonable attorney's fees and $181.00 for the filing fee necessary to bring the present motion; and it is further

**ORDERED,** that the case trustee be added as a necessary party to any future foreclosure actions for purposes of receiving notice of the report of sale and surplus money proceedings; closure of the case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds.

X   X   X